# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146907 & (46)

MONIQUE BAKER McCORMICK,
   Plaintiff-Appellant,

v

BURTON M. LELAND,
   Defendant-Appellee,

and

WAYNE COUNTY CLERK,
   Intervening-Defendant-Appellee,

_____/

SC: 146907
COA: 314086

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



s0520

         Clerk